IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Martin-Rose, Cheryl | Case Number: 07 B 23074 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 12/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  February 12, 2009
Confirmed:   February 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,229.09 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,990.16 |
| Priority: | | 0.00 |
| Administrative: | | 3,464.00 |
| Trustee Fee: | | 368.68 |
| Other Funds: | | 406.25 |
| Totals: | 6,229.09 | 6,229.09 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 3,464.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 25,503.83 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 81.32 | 813.19 |
| 7. | Premier Bankcard | Unsecured | 50.00 | 500.00 |
| 8. | Loan Express Company | Unsecured | 62.00 | 620.00 |
| 9. | Chicago Central | Unsecured | 5.70 | 56.97 |
| 10. | Sallie Mae | Unsecured | | No Claim Filed |
| 11. | Sallie Mae | Unsecured | | No Claim Filed |
| 12. | Sallie Mae | Unsecured | | No Claim Filed |
| 13. | Sallie Mae | Unsecured | | No Claim Filed |
| 14. | Sallie Mae | Unsecured | | No Claim Filed |
| 15. | Sallie Mae | Unsecured | | No Claim Filed |
| 16. | Sallie Mae | Unsecured | | No Claim Filed |
| 17. | Sallie Mae | Unsecured | | No Claim Filed |
| 18. | Sallie Mae | Unsecured | | No Claim Filed |
| 19. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 20. | MRSI | Unsecured | | No Claim Filed |
| 21. | Allstate | Unsecured | | No Claim Filed |
| 22. | J V D B & Associates | Unsecured | | No Claim Filed |
| 23. | GEMB | Unsecured | | No Claim Filed |
| 24. | Harris & Harris | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |
| 26. | Harris & Harris | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Martin-Rose, Cheryl | Case Number: 07 B 23074 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 12/8/07 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Dependon Collections Service | Unsecured |  | No Claim Filed |
| 28. MRSI | Unsecured |  | No Claim Filed |
| 29. Medical Collections | Unsecured |  | No Claim Filed |
| 30. Credit Protection Association | Unsecured |  | No Claim Filed |
| 31. Capital One | Unsecured |  | No Claim Filed |
|  |  | $ 29,166.85 | $ 5,454.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 56.08 |
| 6.5% | 205.64 |
| 6.6% | 106.96 |
|  | $ 368.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

